# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Ernest Rocha,                                          * From the 104th District
                                                          Court of Taylor County,
                                                          Trial Court No. 17889B.

Vs. No. 11-13-00135-CR                                 * May 23, 2013

The State of Texas,                                    * Per Curiam Memorandum Opinion
                                                          (Panel consists of: Wright, C.J.,
                                                          McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction.   Therefore, in accordance with this court's opinion, the appeal is dismissed.